James L. SHORES, Jr., Executor of the Estate of Clarence E. Bishop, Jr., on behalf of himself and all other persons who purchased First Mortgage 8% Revenue Bonds issued by the Industrial Board of the Town of Frisco City, Alabama, Plaintiff–Appellant,

v.

Jerald H. SKLAR, et al., Defendants–Appellees.

No. 86–7898.

United States Court of Appeals, Eleventh Circuit.

Aug. 26, 1988.

W. Eugene Rutledge, Rutledge & Kelly, Birmingham, Ala., for plaintiff-appellant.

Crawford S. McGivaren, Jr., Cabaniss, Johnston, Gardner, Dumas & O'Neal, Larry B. Childs, Birmingham, Ala., for Jerald H. Sklar, et al.

Lee H. Zell, Berkowitz, Lefkovits, Isom & Kushner, Susan Salonimer, Birmingham, Ala., for Asa G. Candler.

Frank M. Young, III, Haskell, Slaughter & Young, James L. Richey, Birmingham, Ala., for Cecil J. Lamberson & Jackson Municipals, Inc.

Hobart A. McWhorter, Jr., Bradley, Arant, Rose & White, Richard H. Walston, Henry E. Simpson, Lange, Simpson, Robinson & Somerville, Birmingham, Ala., for Capell, Howard, Knabe & Cobbs.

ON PETITION FOR REHEARING AND SUGGESTION FOR REHEARING IN BANC

Before RONEY, Chief Judge, TJOFLAT, HILL, FAY, KRAVITCH, JOHNSON, HATCHETT, ANDERSON, CLARK, EDMONDSON, and COX, Circuit Judges [*].

---

[*] Judge Vance is recused and did not participate in this decision.

BY THE COURT:

A member of this court in active service having requested a poll on the application for rehearing in banc and a majority of the judges in this court in active service having voted in favor of granting a rehearing in banc,

IT IS ORDERED that the above cause shall be reheard by this court in banc *with* oral argument during the week of October 17, 1988, on a date hereafter to be fixed. The clerk will specify a briefing schedule for the filing of in banc briefs. The previous panel's opinion is hereby VACATED.